JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FAIRWEATHER, <br> Plaintiff, <br> v. <br> <br> CITIMORTGAGE, INC., et al. <br> Defendants. <br> _____ | Case No. CV 11-4319 DSF (JEMx) <br> <br> JUDGMENT OF DISMISSAL |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded, and the Court having previously granted a motion to dismiss,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice as to Citimortgage, Inc., CR Title Services, Inc., and ABN AMRO Mortgage Group, Inc. and without prejudice as to the other defendants, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 10/26/11

*/s/ Dale S. Fischer*

DALE S. FISCHER
United States District Judge